UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWIN MANUEL RIVAS GOMEZ,<br><br>Petitioner(s),<br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondent(s). | CASE NO. C26-3505-KKE<br><br>ORDER APPOINTING COUNSEL |

This is a federal habeas action filed under 28 U.S.C. § 2241. Having reviewed the petition for writ of habeas corpus (Dkt. No. 1), the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see, e.g.*, *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam) ("[T]he district court or magistrate may appoint counsel at any stage of the case if the interests of justice require[.]"); *Garcia Delgadilla v. Knight*, No. 3:26-CV-00260-RFB-CLB, 2026 WL 974398, at *1 (D. Nev. Apr. 10, 2026) (sua sponte appointing counsel in federal habeas case); *Martinez Reinoza v. Warden, California City Immigr. Processing Ctr.*, No. 1:26-CV-06245 DAD SCR, 2026 WL 2453658, at *1 (E.D. Cal. Aug. 21, 2026) (same).

Accordingly, the Court ORDERS as follows:

(1) This matter is referred to attorney Jennie Pasquarella for review.

(2) The Court requests that Ms. Pasquarella review the petition and advise the Court by email to the courtroom deputy at KKEcrd@wawd.uscourts.gov no later than September 25, 2026, if she will seek appointment in this matter.

(3) If Ms. Pasquarella decides to seek appointment in this matter, Petitioner's deadline to file a traverse shall remain October 16, 2026.

(4) The Clerk is directed to send a copy of this order to Petitioner, and a copy of this order and the case file to Ms. Pasquarella at jpasquarella1@seattleu.edu.

Dated this 18th day of September, 2026.

Kymberly K. Evanson
United States District Judge