UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWIN MANUEL RIVAS GOMEZ,<br><br>Petitioner(s),<br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondent(s). | CASE NO. C26-3505-KKE<br><br>ORDER GRANTING JOINT MOTION TO AMEND THE BRIEFING SCHEDULE |

Upon consideration of the parties' Joint Motion to Amend the Briefing Schedule, it is hereby ORDERED that the motion is GRANTED. Dkt. No. 9. The deadlines listed at Dkt. No. 4 are VACATED. The deadlines are modified as follows:

- Petitioner shall file his Amended Petition no later than October 12, 2026.
- Federal Respondents shall file their Return no later than October 26, 2026.
- Petitioner shall file any Traverse no later than November 2, 2026.

Dated this 30th day of September, 2026.

Kymberly K. Evanson
United States District Judge